IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JADEN C. CHANEY (03),<br>TAYVION D. HOWARD (04),<br><br>         Defendants. | Case No. 22-20057-DDC |

### MEMORANDUM AND ORDER

  The court recently granted a 28 U.S.C. § 2255 motion for Deldrick L. Bryant, codefendant to defendants Jaden C. Chaney and Tayvion D. Howard. Doc. 178. Based on Mr. Bryant's case, the court believes Mr. Chaney and Mr. Howard may occupy a similar position. Specifically, like Mr. Bryant, both Mr. Chaney and Mr. Howard received a two-level enhancement for possession of stolen firearms under U.S.S.G. § 2K2.1(b)(4)(A). Doc. 112 at 15 (Chaney PSR ¶ 53); Doc. 133 at 14 (Howard PSR ¶ 54). But the governing application note indicates that the enhancement shouldn't apply to Mr. Chaney or Mr. Howard's case. U.S.S.G. § 2K2.1 cmt. n.8. That is why the court suspects that a Guidelines error might have infected Mr. Chaney and Mr. Howard's sentences, too.

  To fix a Guidelines error, the government previously has suggested that defendants only may use an ineffective-assistance-of-counsel motion under 28 U.S.C. § 2255. Doc. 172 at 4. No defense counsel has offered an alternative mechanism thus far. The court thus recognizes that an inherent conflict of interest may exist where trial counsel might need to establish its own

ineffectiveness. *United States v. Del Muro*, 87 F.3d 1078, 1080 (9th Cir. 1996) (concluding that "forcing trial counsel to prove his own ineffectiveness" "created an inherent conflict of interest").

The court thus concludes on its own motion that it should appoint counsel other than trial counsel to represent Mr. Chaney and Mr. Howard in their post-conviction proceedings. The court directs the Federal Public Defender for the District of Kansas to identify suitable attorneys to represent Mr. Chaney and Mr. Howard.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the Federal Public Defender must identify lawyers to represent Mr. Chaney and Mr. Howard in their potential post-conviction proceedings.

**IT IS SO ORDERED.**

**Dated this 20th day of November, 2025, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
